```
CHIN-LI (Karen) MOU
4141 Boneso Circle
San Jose, CA 95134
```

RECEIVED 2009 MAY -1 PM 1:46
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

Pro Se

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

CHIN-LI MOU,

    Plaintiff,

vs.

West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; LAURA LORMAN, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual.

    Defendants.

Case No. C09 01910

**[PROPOSED] ORDER GRANTING the Ex-Parte Motion to Temporary Retraining Order**

Filed: May 4, 2009

Hearing date:
Time:
Location:
Judge:

    The Court having heard the request of Ms. Chin-Li Mou for an Order of Temporary Restraining Order against West Valley College finds good cause showing and GRANTS THE MOTION.

Dated

_____
The Honorable Judge

Dockets.Justia.com