Clear Form

2009 MAY -1 P 1:48

U.S. DISTRICT COURT
N. DIST. OF CA. S.J.

ADR

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Chin-Li Mou

        Plaintiff,

vs.

West Valley College, et al

        Defendant.

CASE NO. C09 01910

**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**
(Non-prisoner cases only)

JF

RS

I, __Chin-Li Mou__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed?         Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1 | and wages per month which you received.
2 | _____
3 | _____
4 | _____

5  2. Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a. Business, Profession or          Yes ___ No ✓
8           self employment?

9      b. Income from stocks, bonds,      Yes ___ No ✓
10          or royalties?

11     c. Rent payments?                   Yes ___ No ✓

12     d. Pensions, annuities, or            Yes ___ No ✓
13          life insurance payments?

14     e. Federal or State welfare payments,      Yes ___ No ✓
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 _____
20 _____

21 3. Are you married?                 Yes ___ No ✓
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____ Net $_____
26 4.     a. List amount you contribute to your spouse's support: $ _____
27     b. List the persons other than your spouse who are dependent upon you for support
28          and indicate how much you contribute toward their support. (NOTE: For minor

```
1              children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2     _____
3     _____
4     5.    Do you own or are you buying a home?        Yes ✓   No ___
5     Estimated Market Value: $ 400,000   Amount of Mortgage: $ ∅
6     6.    Do you own an automobile?                   Yes ___  No ✓
7     Make _____  Year _____  Model _____
8     Is it financed? Yes _____ No _____ If so, Total due: $ _____
9     Monthly Payment: $ _____
10    7.    Do you have a bank account? Yes ✓  No ___ (Do not include account numbers.)
11    Name(s) and address(es) of bank: Wells Fargo
12    _____
13    Present balance(s): $ 300
14    Do you own any cash? Yes ✓ No ___ Amount: $ 20.00
15    Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16    market value.)                                    Yes ___ No ✓
17    _____
18    8.    What are your monthly expenses?
19    Rent: $ ∅                Utilities: Paid by ex-husband
20    Food: $ Paid by ex-husband   Clothing: 0
21    Charge Accounts:
22    Name of Account          Monthly Payment          Total Owed on This Account
23    _____        $ _____          $ _____
24    _____        $ _____          $ _____
25    _____        $ _____          $ _____
26    9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27    they are payable.  Do not include account numbers.) No
28
```

1
2   10.    Does the complaint which you are seeking to file raise claims that have been presented in
3   other lawsuits?  Yes ___  No  ✓
4   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5   which they were filed.
6   _____
7   _____
8   I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9   false statement herein may result in the dismissal of my claims.
10
11   5-1-2009                                            [signature]
12       DATE                                        SIGNATURE OF APPLICANT