CHIN-LI (Karen) MOU
4141 Boneso Circle
San Jose, CA 95134

Pro Se

RECEIVED
2009 MAY -4 AM 10: 40
RICHARD W. WIEKING
CLERK
U.S. DSTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, <br><br> Plaintiff, <br><br> vs. <br><br> West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; LAURA LORMAN, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual. <br><br> Defendants. | CASE NO. C09-01910 <br><br> [PROPOSED] Order—Granting temporary restraining order without notice to adverse party—Setting date for hearing of application for preliminary injunction <br><br> Filed: May 04, 2009 |

## ORDER

The court has considered plaintiff's pleading for **temporary restraining order without notice to adverse party** pending the hearing and determination of plaintiff's pleading for a preliminary injunction; the declaration of Steven Yang and Chin-Li Mou, in which it appears that West Valley staff caused plaintiff to lose her First Amendment Right, which cause irreparable

1

harm. On the basis of these pleadings and papers, it appears to the court that plaintiff will suffer immediate and irreparable injury, loss, and damage before **notice** can be given and defendant or its attorney can be heard in opposition to the issuance of a **temporary restraining order**, in that losing her First Amendment rights cause irreparable injury, before a hearing can be had on plaintiff's motion for a preliminary injunction.

Accordingly, the court is of the opinion that the **temporary restraining order** should be issued without **notice** to defendant or defendant's counsel, their officers, agents, employees, successors, and attorneys, and all those in active concert or participation with them. Therefore, it is **ordered** that:

1. Defendant, its officers, agents, employees, successors, and attorneys, and all those in active concert or participation with them, are enjoined and **restrained** from denying Plaintiff, Chin_Li Mou, for going back to the classes she enrolled during this semester and be able to attend the future school year; dropping her from the class she already finished in March, or from suspending, excluding, or threatening to suspend or exclude plaintiff from classes; or denying her rights; or creating non-exist school rules to force her to follow, until such time as plaintiff's motion for a preliminary injunction can be heard and determined.

2. Plaintiff's motion for preliminary injunction will be heard by this court at *[time of hearing]*, on May ,2009.

3. Plaintiff is not required to post bond or other security as a condition for obtaining this **order**.

4. The **temporary restraining order** issued in this action will expire on May, 2009, unless within that time the **order** is extended for good cause shown, or unless defendant consents to an extension.

5. A copy of this **order** shall be immediately served by the United States marshal on defendant.

Dated: May 4, 2009

_____
The Honorable Judge Patricia V. Trumbull