**E-Filed 5/6/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>          Plaintiff,<br><br>          v.<br><br>WEST VALLEY COLLEGE, et al.,<br><br>          Defendants. | Case Number C 09-1910 JF (RS)<br><br>ORDER[1] DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>[Re: Doc. No. 3] |

On May 1, 2009, Plaintiff Chin-Li Mou filed a complaint for injunctive relief for her alleged suspension from Defendant West Valley College. On the same day that the request was filed, Plaintiff filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). Plaintiff's application states that she owns a home valued at approximately $400,000 and that there is no mortgage on the property. Plaintiff also receives financial support from her ex-husband. It would appear that Plaintiff is able to pay the relatively modest filing fee necessary to pursue this action. Accordingly, the application to proceed *in forma pauperis* will

---

[1] This disposition is not designated for publication in the official reports.

be denied.

IT IS SO ORDERED.

DATED: May 6, 2009

JEREMY FOGEL
United States District Judge

1   This Order has been served upon the following persons:

2   Chin-Li Mou
    4141 Boneso Circle
3   San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1910 JF (RS)
ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*
(JFLC1)