Clear Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Chin-Li Mou

          Plaintiff,

vs.

West Valley College, et. al.
          Defendant.

CASE NO. C09-1910-JF

**APPLICATION TO PROCEED IN FORMA PAUPERIS**
(Non-prisoner cases only)

ORIGINAL FILED
MAY 11 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

I, Chin-Li Mou, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

Dockets.Justia.com

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2. Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7    a. Business, Profession or      Yes ___ No ✓

8         self employment?

9    b. Income from stocks, bonds,      Yes ___ No ✓

10       or royalties?

11    c. Rent payments?      Yes ___ No ✓

12    d. Pensions, annuities, or      Yes ___ No ✓

13         life insurance payments?

14    e. Federal or State welfare payments,      Yes ___ No ✓

15         Social Security or other govern-

16         ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  _____

20  _____

21  3. Are you married?      Yes ___ No ✓

22  Spouse's Full Name: _____

23  Spouse's Place of Employment: _____

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $_____

26  4. a. List amount you contribute to your spouse's support:$ _____

27    b. List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support. (NOTE: For minor

children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)

_____

_____

5. Do you own or are you buying a home? market    Yes ✓   No ___

Estimated Market Value: $ do not know value    Amount of Mortgage: $ about $400,000

6. Do you own an automobile?    Yes ___ No ✓

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ ___0___

7. Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Wells Fargo _____

_____

Present balance(s): $ ___300___

Do you own any cash? Yes ✓ No ___ Amount: $ ___20___

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)    Yes ___ No ✓

_____

8. What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Account |
| --- | --- | --- |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 5-11-2009 | *Chuly* (signature) |
|---|---|
| DATE | SIGNATURE OF APPLICANT |

- 4 -