\*\*E-Filed 5/14/2009\*\*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| CHIN-LI MOU,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WEST VALLEY COLLEGE, et al.,<br><br>　　　　　　Defendants. | Case Number C 09-1910 JF (RS)<br><br>ORDER[1] (1) GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND (2) RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION<br><br>[Re: Doc. No. 9] |

　　　　On May 1, 2009, Plaintiff Chin-Li Mou filed a complaint for injunctive relief for her alleged suspension from Defendant West Valley College. On the same day that the request was filed, Plaintiff filed an application to proceed *in forma pauperis*. Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The Court denied Plaintiff's first application on the ground that it appeared that Plaintiff was able to pay the filing fee.

　　　　Plaintiff has filed a renewed application and has submitted additional material in support

---

　　　　[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)

1  of her request to proceed *in forma pauperis*.  The Court is satisfied that Plaintiff cannot pay the
2  filing fee and that the instant action is not frivolous or without merit.  Plaintiff's application to
3  proceed *in forma pauperis* therefore is GRANTED.  IT IS HEREBY ORDERED that the Clerk
4  issue summons, and that the U.S. Marshal for the Northern District of California serve a copy of
5  the complaint and this order upon Defendants.

6        To provide adequate time for Defendants to respond to the complaint and Plaintiff's
7  pending request for a preliminary injunction, IT IS HEREBY ORDERED that Plaintiff's motion
8  for preliminary injunction, previously scheduled to be heard on May 22, 2009 at 9:00 am, is
9  RESCHEDULED and now is set for hearing on May 29, 2009 at 9:00 am.  Each party may file a
10 brief in support of or in opposition to the motion for preliminary injunction, not to exceed fifteen
11 (15) pages in length, on or before May 27, 2009.

16 DATED: May 14, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-1910 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RESCHEDULING HEARING ON
MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)

1 This Order has been served upon the following persons:

2 Chin-Li Mou
4141 Boneso Circle
3 San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1910 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)