OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking, Clerk
280 South First Street
Room 2112
San Jose, CA 95113
408-535-6364

May 15, 2009

RECEIVED
MAY 21 2009
CLERK
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**Chin-Li Mou**
**4141 Boneso Circle**
**San Jose, CA 95134**

Re: 9-1910JF (Chin-Li Mou v West Valley College, et al )

United States District Judge Jeremy Fogel granted your In forma Pauperis Request waiving the filing fee for your civil case. Please forward to my attention at your earliest convenience addresses for all defendants so that civil summons can be served by the United States Marshals.

| **Defendant Name(s)** | **Defendant(s) Addresses** |
|---|---|
| **West Valley College** | 14000 Fruitvale Ave, Saratoga, CA 95070 |
| **John Hendrickson** | 14000 Fruitvale Ave, Saratoga, CA 95070. |
| **Philip L. Hartley** | Same as above |
| **Ernest Smith** | Same as above |
| **Laura Lorman** | Same as above |
| **Chris Rolen** | Same as above |

Linbero #107

<u>Same as above</u>

A self-addressed, stamp envelope is enclosed for your convenience.

Sincerely,

*Betty Walton*

Betty Walton, Deputy Clerk
Case Systems Administrator
United States District Court
408-535-5513

Dear Mr. Wieking,

I'm sorry for the confusion. On the First Amendment Complaint, I add more defendents. I'm written their names & address as following:

I appoligize if my handwriting is not clear enough.

Thank you for self-addressed, stamp envelope; you are very helpful.

Thank you!! I appreciate very much.

Chim-Li Mou.

Dave Fishbaugh
<u>14000   Fruitvale Ave, Saratoga, CA 95070</u>

Cathy Aimonetti
<u>same as above</u>

Fred Prochaska
<u>Same as above</u>