**E-Filed 5/28/2009**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case Number C 09-1910 JF (RS) |
| Plaintiff, | ORDER[1] RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| WEST VALLEY COLLEGE, et al., | [Re: Doc. No. 9] |
| Defendants. | |

On May 1, 2009, Plaintiff Chin-Li Mou filed a complaint for injunctive relief challenging her alleged suspension from Defendant West Valley College. On the same day that the request was filed, Plaintiff filed an application to proceed *in forma pauperis*. The Court granted her request on May 14, 2009. Summons were issued as to all Defendants on May 22, 2009. As of May 28, 2009, proof of service has not been filed and there is no counsel of record for any Defendant.

To provide adequate time for Defendants to respond to the complaint and Plaintiff's pending request for a preliminary injunction, IT IS HEREBY ORDERED that Plaintiff's motion for preliminary injunction, previously scheduled to be heard on May 29, 2009 at 9:00 am, is

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)

1  RESCHEDULED and now is set for hearing on June 26, 2009 at 9:00 am.  Each party may file a
2  brief in support of or in opposition to the motion for preliminary injunction, not to exceed fifteen
3  (15) pages in length, on or before June 24, 2009.
4
5  IT IS SO ORDERED.
6
7
8  DATED: May 28, 2009

JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  Chin-Li Mou
   4141 Boneso Circle
3  San Jose, CA 95134

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1910 JF (RS)
ORDER RESCHEDULING HEARING ON MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)