```
1   CHIN-LI(Karen)MOU
    4141 Boneso Circle
2   San Jose, CA 95134
3
    Pro Se
4
```

FILED
2009 MAY 28 A 9:19

## UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | CASE NO. C09-01910 JF |
| Plaintiff, | PROOF OF SERVICE |
| vs. | |
| West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; Dave Fishbaugh, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual. | Date: May 29, 2009<br>Time: 9:00AM<br>Dept.: Court Room 3<br><br>Filed: May 27, 2009 |
| Defendants. | |

1

## AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am an individual.

On May 28, 2009, I served the within document(s) described as:

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PRELIMINARY INJUNCTION** on the interested parties: **West Valley College, et al.** in this action by personally giving the original true copy(ies) to Defendants, at the following business address:

14000 Fruitvale Ave, Saratoga, CA 95070

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 28, 2009 at Milpitas, CA.

_____
Steven Yang