USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

ORIGINAL ENTERED

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Chin-Li Mou | C 09-cv-1910-JF |
| DEFENDANT | TYPE OF PROCESS |
| West Valley College, et al | See Below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Fred Prochaska
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
14000 Fruitvale Avenue, Saratoga, CA 95070

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 10 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

1. Complaint
2. Amended Complaint
3. Summons

2009 JUN -5 A
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA
FILED

Signature of Attorney other Originator requesting service on behalf of: Sandy Morris
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 408-535-5361
DATE: 5/22/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 11 | No. 11 | | 5/28/09 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
J. ANDREWS/ ASSOC. VICE CHANCELLOR

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

| Date | Time | |
|---|---|---|
| 6/3/09 | 100 | ☐ am ☒ pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $55.00 | | | $55.00 | | $0.00 |

REMARKS:
5/28/09 To Leong for Service

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Dockets.Justia.com

**INSTRUCTIONS FOR SERVICE OF PROCESS BY U.S. MARSHAL**

Please type or print legibly, insuring readability of all copies. DO NOT DETACH ANY COPIES. Submit one complete set of this form (USM-285) and one copy of each writ for each individual, company, corporation, etc., to be served or property to be seized or condemned. The applicable fees for such service(s) (T28, USC Sec. 1921 establishes the fees for service of process by the U.S. Marshal) may be required prior to said service.

For service of any process upon an officer or agent of the United States Government, submit a copy of the writ and a set of Form USM-285 for each officer or agent upon whom service is desired. Submit three (3) additional copies of the writs for service upon the Government of the United States. The U.S. Marshal will serve one (1) upon the U.S. Attorney and will forward two (2) to the Attorney General of the United States. (When the applicable box is checked, completion of the final signature block by the U.S. Marshal or his Deputy always certifies service on the U.S. Attorney and the Attorney General, regardless of whether other defendants on the writ were served.) Failure to provide any of the copies will delay service of the writ.

Complete all entries above the double line. Mark all applicable check boxes and use the "Special Instructions" to advise of any information that will assist the U.S. Marshal in expediting service.

If more than one writ and USM-285 is submitted on a single case, the U.S. Marshal will receipt for all of them on the first USM-285. You will receive for your records the last (No. 5) "Acknowledgment of Receipt" copy for all the USM-285 forms you submit. When the writ is served, you will receive the No. 3 Notice of Service copy. This copy will be identical to the return to the Clerk of the Court.

Upon completion of all services (if the Marshals fees were not requested or tendered in advance or if additional fees are indicated), you will receive a "Billing Statement" (copy 4 of USM-285) from the United States Marshal. (NOTE: Copy 4 should be returned, by you, to the U.S. Marshal, together with your payment of the amount owed.

Additional supplies of the USM-285 may be obtained from the Clerk of the U.S. District Court or U.S. Marshal, without cost.

AO 440 (Rev. 01/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| CHIN-LI MOU | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   CV 09-01910 JF |
| WEST VALLEY COLLEGE, ET AL. | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Fred Prochaska
14000 Fruitvale Avenue
Saratoga, CA 95070

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____ May 22, 2009 _____

CLERK OF COURT
Richard W. Wieking

*Signature of Clerk of Court or Deputy Clerk*

Sandy Morris

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __J. ANDREWS / A. VICE CHANCELLOR__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __WEST VALLEY
COLLEGE__ on *(date)* __6/3/09__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

**EXECUTED**

My fees are $ _____ for travel and $ 55⁰⁰ for services, for a total of $ 55⁰⁰ .

I declare under penalty of perjury that this information is true.

Date: __6/3/09__

_____
Server's signature

__K. LEONG / DUSM__
Printed name and title

__USMS   S. JOSE, CA__
Server's address

Additional information regarding attempted service, etc: