# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Judge Jeremy Fogel, Presiding
Courtroom 3 - 5th Floor

## Civil Minute Order

Date: June 6, 2009 at 9:00 a.m.

Courtroom Deputy Clerk: Martha Parker Brown      Time in Court: 6 min
Court Reporter: Summer Clanton

**TITLE:   CHIN-LI MOU v WEST VALLEY COLLEGE, ET AL**
**CASE NUMBER**: C 09-01910JF/RS

Plaintiff(s) Attorney(s) present:     in pro se

Defendant(s) Attorney(s) present:     John A. Shupe

**PROCEEDINGS:**   Motion for Prelimiary Injunction

       Plaintiff and counsel for Defendants present.  The matter is argued.  The Court takes the matter under submission and a written order will issue.