

RECEIVED
JUN 30 2009

June 29, 2009

Dear Honorable Judge Fogel:

    This is Chin-Li Mou, the Plaintiff of Case No. C09-01910, Chin-Li Mou vs. West Valley College, et. al.

    As of today, it is June 29, 2009; I have been very patient waiting for defendants', West Valley College, answer, which was due on June 24, 2009. Until today I have not received any answer. I didn't receive any opposition to my request for Preliminary injunction either. Therefore, I was not prepared to last Friday's meeting because I didn't have arguments from defendants. From my understanding, since WVC was represented by counsels, and that they should know that they have to answer Plaintiff's pleading as well as write brief to in opposition to mine. However, I think defendants' attorneys intentionally hided their arguments, so I'll miss the chance to prepare, which is not fair to me.

    In addition, defendants' counsels fail to follow FRCP rules to answer my pleading. The suspension from WVC occurred in early April and spring semester ended at the last week of May. There were plenty of times for WVC to schedule a hearing between those two months. The first hearing was scheduled after the semester ended. I think WVC intentionally delayed everything until I have no choice but to file a suit in court against the School.

    Your honor: I, as an adult, also have my responsibility and schedule. However, WVC schedules hearing without even consulting the schedule with me. Your honor: I, as every other adult does, have my own responsibility, schedule. I can't reschedule my schedule around WVC schedule.

    Even I tried my best to accommodate; however, WVC didn't follow its own promise to schedule the second meeting within the week WVC demanded me to free of (Exhibit A). I, as any other adult and human being, was not on call and paid by WVC to follow its order. Just like any deposition schedule, both parties have to agree upon. Again, WVC failed to respect me as a human being and intentionally disregard my rights. My health problem has been seriously bothering me recently, and I have a doctor appointment schedule on this Thur. There might be more doctor appointments that I have to see my doctors. I do have a summer class going on this summer as well.

    I respectfully ask your honor's help to address these failures from WVC, and I really appreciate.

Respectfully Yours,

Chin-Li Mou

Print                                         *Exhib A*                                          Close

## RE: Your appeal to SDHC

From: **Donna Brosamer** (donna_brosamer@westvalley.edu)
Sent: Thu 5/14/09 4:08 PM
To: chin-li mou (cmou@hotmail.com)
Cc: ernie Smith (ernie_smith@westvalley.edu);
District Police (district_police@wvm.edu)

Karen
I did not receive your letter asking for an appeal until Monday. I did my best to schedule the committee, 5 very busy individuals, as quickly as possible. *[handwritten: before ∧which in May 18 and May 22]* I will try to reschedule the team for another time next week. I need you to keep your schedule fairly open to help accommodate this hearing. I will let you know when this will happen.
Donna


At 06:57 PM 5/13/2009, you wrote:

> Donna,
>
> I feel i did not be respected by WVC as a human. You gave me less than 24 hours notice for a hearing, and I have a doctor appointment at 11:30am tomorrow. I can't cancel my doctor appointment for you very short notice hearing by e-mail.
>
> karen
>
> Date: Wed, 13 May 2009 11:01:05 -0700
> To: cmou@hotmail.com
> From: donna_brosamer@westvalley.edu
> Subject: Your appeal to SDHC
> CC: district_police@wvm.edu
>
> Your appeal with the Student Discipline Hearing Committee will be tomorrow, Thursday May 14, 2009, from 11:00a to 12:00n. It will be held in the President's Conference in the President's office.
> *Donna Brosamer*
> *Counseling Office Supervisor*
> *West Valley College*
> *(408) 741-2067*
> *(408) 741-4076 - Fax*

---

Hotmail® has a new way to see what's up with your friends. Check it out.

exhib A

Print                                                                                                           Close

## Your appeal to the Student Discipline Hearing Board

From: **Donna Brosamer** (donna_brosamer@westvalley.edu)
Sent: Thu 5/21/09 8:49 PM
To:   cmou@hotmail.com

Your appeal with the Student Discipline Hearing Board will be on June 2, 2009 at 1:30pm in Room 7 in counseling.
*Donna Brosamer*
*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

[Handwritten note, diagonal:] There was a preliminary injunction hearing scheduled on May 28 or 29 at that time when the email was sent out. Therefore, I email Donna we will let the court to judge if the way Donna schedule and/or the delay time for hearing was the proper.