**E-Filed 7/16/2009**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | Case Number C 09-1910 JF (RS) |
| Plaintiff, | ORDER[1] RE SERVICE |
| v. | |
| WEST VALLEY COLLEGE, et al., | |
| Defendants. | |

Plaintiff Chin-Li Mou has informed the Court that she has not been served with the answer filed by Defendants on June 16, 2009 or the opposition to Plaintiff's request for a temporary restraining order, which was filed by Defendants on June 24, 2009. Because Plaintiff is proceeding *pro se*, the instant case is not subject to the standard rules for electronic case filing. Accordingly, Defendants may file documents electronically but also must serve Plaintiff with all responsive pleadings, motions, and other notices in accordance with Fed. R. Civ. P. 5(b) and Civ. L.R. 5-5.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER RE SERVICE
(JFLC1)

1   IT IS SO ORDERED.

3   DATED: July 16, 2009

       _____
       JEREMY FOGEL
       United States District Judge

Case No. C 09-1910 JF (RS)
ORDER RE SERVICE
(JFLC1)

1 | This Order has been served upon the following persons:

2 | Chin-Li Mou
4141 Boneso Circle
3 | San Jose, CA 95134

4

5 | John A. Shupe , Esq    jas@bovetprofessional.com, marcia@bovetprofessional.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-1910 JF (RS)
ORDER RE SERVICE
(JFLC1)