**E-Filed 7/24/2009**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST VALLEY COLLEGE, et al.,<br><br>    Defendants. | Case Number C 09-1910 JF (RS)<br><br>ORDER[1] (1) RE LETTER RECEIVED JULY 21, 2009 AND (2) GRANTING PLAINTIFF'S REQUEST FOR ECF ACCESS |

Plaintiff requests that the Court schedule a hearing in the instant matter and that the Court issue an order compelling Defendants to schedule an administrative review hearing with Plaintiff. However, prior to scheduling a hearing before this Court, Plaintiff must confirm an available hearing date with the Court's administrative law clerk. The Court notes that Defendants have reserved a hearing date of August 28, 2009 for a motion for summary judgment, which will give Plaintiff an opportunity to be heard. In addition, to obtain a Court order compelling Defendants to perform any action, Plaintiff must move for relief through a properly noticed motion. *See* Civ. L.R. 7-1 and 7-2. Plaintiff's request for ECF access will be granted.

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER (1) RE LETTER RECEIVED AND (2) ECF ACCESS
(JFLC1)

1
2      IT IS SO ORDERED.
3
4   DATED: July 24, 2009
5
6                                              _____
7                                              JEREMY FOGEL
                                               United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                  2
Case No. C 09-1910 JF (RS)
ORDER (1) RE LETTER RECEIVED AND (2) ECF ACCESS
(JFLC1)

1  This Order has been served upon the following persons:

2  Chin-Li Mou
   4141 Boneso Circle
3  San Jose, CA 95134

4

5  John A. Shupe , Esq    jas@bovetprofessional.com, marcia@bovetprofessional.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1910 JF (RS)
ORDER (1) RE LETTER RECEIVED AND (2) ECF ACCESS
(JFLC1)