\*\*E-Filed 7/30/2009\*\*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>        Plaintiff,<br><br>    v.<br><br>WEST VALLEY COLLEGE, et al.,<br><br>        Defendants. | Case Number C 09-1910 JF (RS)<br><br>ORDER[1] VACATING AUGUST 28, 2009 HEARING DATE |

    In its order issued July 24, 2009, the Court referenced a hearing date that had been reserved for August 28, 2009. No motion having been filed more than thirty-five days prior to the hearing date as required under Civil Local Rule 7-2(a), the hearing date is VACATED.

    Because the hearing date has been vacated, Plaintiff will not have an opportunity to be heard on that date with respect to various issues she has attempted to raise with the Court. Plaintiff is directed to raise any such issues in a written motion, properly noticed and served

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER VACATING AUGUST 28, 2009 HEARING DATE
(JFLC2)

1  pursuant to this Court's Civil Local Rules and Standing Order.  As set forth in the Standing
2  Order, Plaintiff must contact chambers to reserve a hearing date before noticing any such motion.
3      IT IS SO ORDERED.

5  DATED: July 30, 2009

                                                                        JEREMY FOGEL
                                                                       United States District Judge

2

Case No. C 09-1910 JF (RS)
ORDER VACATING AUGUST 28, 2009 HEARING DATE
(JFLC2)

1 | This Order has been served upon the following persons:

2 | Chin-Li Mou
4141 Boneso Circle
3 | San Jose, CA 95134

4

5 | John A. Shupe , Esq    jas@bovetprofessional.com, marcia@bovetprofessional.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-1910 JF (RS)
ORDER VACATING AUGUST 28, 2009 HEARING DATE
(JFLC2)