```
1   CHIN-LI(Karen)MOU
    4141 Boneso Circle
2   San Jose, CA 95134
3
    Pro Se
4
```

FILED

2009 AUG -4 P 1: 21

RICHARD W WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

UNITED STATES FEDERAL COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | CASE NO. C09-01910 |
| Plaintiff, | MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT |
| vs. | |
| West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; Dave Fishbaugh, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual. | Date:<br>Time:<br>Dept.: |
| Defendants. | Filed: August 4, 2009 |

1

Dockets.Justia.com

**Relief Sought**

Plaintiff, Chin-Li Mou, moves this court, pursuant to Rule 60(b)(3), for an order set aside the first preliminary injunction judgment entered in this action in June, 2009 and setting this action for a new preliminary injunction hearing and issue an order compelling defendants to schedule an administrative review hearing with Plaintiff.

**Grounds for Motion**

The judgment entered in this action should be set aside and a new preliminary injunction should hold because defendants and defendants' attorneys committed fraud and/or misconduct that make current judgment unfair.

1. Both defendants' attorney and WVC staff Ms. Brosamer committed fraud and/or misconduct on Chin-Li Mou and the court:
   a. On June 16,2009), Mr. Shupe and Mr. Shiu filed an answer without filing any proof of service to the court and without serving a copy to plaintiff, which are as required procedures by FRCP and local court rule .
   b. On June 24, 2009, defendants' attorneys filed in opposition to plaintiff's request for a preliminary injunction to the court, and again without filing proof of service and without serving a copy to plaintiff, which are as required procedures by FRCP and local court rule. Plaintiff did not have any chance to read defendants' court documents before the preliminary injunction hearing, which is completely unfair. Plaintiff was not even given time to read and to prepare for the hearing due to WVC attorney's faults. There is no excuse for any attorney not following court rule. Plaintiff was not aware of defendants' arguments and was not prepared.
   c. Plaintiff was unaware of a summary judgment scheduled on Aug 28, 2009, which is in conflict with Plaintiff's other case. Again there was no document served to Plaintiff, and Plaintiff was not notified until Honorable Judge Fogel kindly indicates in the RE letter. Plaintiff believes that defendants' attorney intentionally

and maliciously violate federal laws to take advantage of a pro se plaintiff. Plaintiff also believes that defendants' attorney scheduled the same date with Plaintiff's other case just to create unnecessary stress to Plaintiff and jeopardize her cases in bad faith. Plaintiff further requests the Court sanction defendants and defendants' attorneys for their future violation of court rules.

d. In Metlyn realty corp V. Esmark, Inc, 763 F2d 826,833 (7th cir 1985), the fraud of an opposing party's attorney is surely chargeable to that party; therefore, fraud of counsel should be chargeable to defendants' party. In addition, on information and belief from the State Bar of California, Mr. Shupe has been admitted to the State Bar of California since 1979 (Exhibit A). Mr. Shiu has been admitted to the State Bar of California since 1991 (Exhibit B). Both of defendants' attorneys have more than 18 years of experience in practicing laws in California. It is impossible for them not to know these rules. Plaintiff, as a per se, do not know many of the court rules, but plaintiff is willing to learn and obey these rules. Defendants' attorneys have plaintiff's contact information. However, defendants' attorneys did not contact plaintiff until after the Court issues a final order for preliminary injunction; one of the defendants' attorneys called plaintiff and left messages everyday for at least for a week to show off their winning.

e. On May 7, 2009, right after plaintiff mails out appeal request, plaintiff immediately emails Ms. Brosamer and clearly stated, "Donna, I emailed you the letter today. Let me know if you don't receive it in a reasonable time. thanks" (see Exhibit C). However, plaintiff did not hear anything from Ms. Brosamer until May 14 (Exhibit D (1)). Ms. Brosamer in this email orders plaintiff to keep her schedule, May 18 to May 22, open just the appeal for whole week next week, which is very unreasonable. Plaintiff emails back to Ms. Brosamer and states plaintiff can't promise and indicates there is a hardship if she would like to bring

3

   another person to the hearing, which is allowed by WVC. Plaintiff did her best to reschedule every doctor appointments and lab testing for that week, which cause a lot of problems because most of doctors took vacation during summer. Plaintiff emails Ms. Brosamer to express her concerning about the way Ms. Brosamer schedules the appeal date on May 14 around 5:30pm (Exhibit E).

  f. Ms. Brosamer, on May 21, after plaintiff filing a lawsuit against WVC, emails plaintiff (Exhibit F (1)) and orders her that her appeal date is June 2, 2009, which was not between May 18 and May 22 according to Ms Brosamer previous order. Again plaintiff will have to reschedule her appointment for June 2 appeal. In WVC, spring semester ends at the last week of May. The incident happened in early April; plaintiff believes that defendants delay Plaintiff's appeal process maliciously and willfully. Therefore, plaintiff emails (Exhibit F (2)) Ms. Brosamer on May 28 stated "let court decide if WVC's appeal process is proper or not". So Ms. Brosamer clearly knows plaintiff will not show up for this appeal but go ahead to proceed with appeal without plaintiff.

2. This motion is being made within a reasonable time from the time when Chin-Li Mou discovered or could have discovered the fraud and/or misconduct.

3. A motion under Rule 60(b)(3) is permitted because the motion is being brought within one year from the date on which the judgment was entered.

### Supporting Papers

This motion is based on this document, the attached Notice of Motion, proof of Service, and exhibits attached to it,, all of the pleadings, papers, and other records on file in this action, and whatever evidence and argument may be presented at the hearing of this motion.

Dated: August 4, 2009

_____
Chin-Li Mou



# THE STATE BAR OF CALIFORNIA

Tuesday, July 21, 2009                                           State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

Exhib A

## John Arthur Shupe - #87716

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 87716 | | |
| **Address** | Shupe & Findelstein<br>177 Bovet Rd #600<br>San Mateo, CA 94402 | **Phone Number** | (650) 341-3693 |
| | | **Fax Number** | (650) 341-1395 |
| | | **e-mail** | jas@bovetprofessional.com |
| **District** | District 3 | **Undergraduate School** | Univ of California Davis; Davis CA |
| **County** | San Mateo | **Law School** | UCLA SOL; Los Angeles CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 11/29/1979 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

Contact Us    Site Map    Privacy Policy    Notices    © 2009 The State Bar of California



# THE STATE BAR OF CALIFORNIA

Tuesday, July 21, 2009          State Bar Home

Home > Attorney Search > Attorney Profile

## ATTORNEY SEARCH

*Exhib B.*

## Eric Kai-Him Shiu - #156167

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

### Profile Information

| | | | |
|---|---|---|---|
| **Bar Number** | 156167 | | |
| **Address** | Bialson Bergen & Schwab<br>2600 El Camino Real #300<br>Palo Alto, CA 94306 | **Phone Number**<br>**Fax Number**<br>**e-mail** | Not Available<br>Not Available<br>Not Available |
| **District** | District 3 | **Undergraduate School** | Univ of California Berkeley; Berkeley CA |
| **County** | Santa Clara | **Law School** | McGeorge SOL Univ of the Pacific; CA |
| **Sections** | None | | |

### Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/17/1991 | Admitted to The State Bar of California |

Explanation of member status

### Actions Affecting Eligibility to Practice Law

#### Disciplinary and Related Actions
This member has no public record of discipline.

#### Administrative Actions
This member has no public record of administrative actions.

Start New Search >

     Contact Us   Site Map   Privacy Policy   Notices   © 2009 The State Bar of California

Print	Exhibit C	Close

## RE: Student Appeal

From: **chin-li mou** (cmou@hotmail.com)
Sent: Thu 5/07/09 1:19 AM
To: donna_brosamer@westvalley.edu

Donna,

I mailed you the letter today. Let me know if you don't receive it in a reasonable time. thanks
karen

Date: Thu, 30 Apr 2009 13:12:04 -0700
To: cmou@hotmail.com
From: donna_brosamer@westvalley.edu
Subject: RE: Student Appeal

Karen,
Yes that will do.
Donna

At 01:01 PM 4/30/2009, you wrote:

> Donna,
>
> If i send a letter with a time stamp on or before May 8 will do, right?
> karen

Date: Thu, 30 Apr 2009 11:52:57 -0700
To: cmou@hotmail.com
From: donna_brosamer@westvalley.edu
Subject: Student Appeal
CC:

Karen

You will need to send the written appeal to me, including exactly what you are appealing before May 8, 2009. I will set up a meeting for the Student Discipline Hearing Board to hear your appeal and you will be notified of that date as soon as I can set it with the members, You will be notified by Dr. Smith of their findings. I will give copies of your appeal to this Hearing Board . My address is Donna Brosamer, Counseling Office, 14000 Fruitvale Avenue, Saratoga, California 95070.

I included the Procedures and Policies in the first letter I sent you.
*Donna Brosamer*

*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

---

Windows Live™ Hotmail®:...more than just e-mail. Check it out.

*Donna Brosamer*
*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

---

Insert movie times and more without leaving Hotmail®. See how.

Print                                                                                                          Close

## RE: Your appeal to SDHC                                   Exhibt D

From: **chin-li mou** (cmou@hotmail.com)
Sent: Thu 5/14/09 5:25 PM
To: donna_brosamer@westvalley.edu    (2)

Donna,

I'll try but I can't promise becaseu everyone has his/her shedule.
I'm allow to bring a person with me; i have to work with that person's schedule as well. I think it is too late for any hearing because all my classes are all dropped ...
karen

---

Date: Thu, 14 May 2009 09:08:42 -0700
To: cmou@hotmail.com                  (1)
From: donna_brosamer@westvalley.edu
Subject: RE: Your appeal to SDHC
CC: ernie_smith@westvalley.edu; district_police@wvm.edu

Karen
I did not receive your letter asking for an appeal until Monday. I did my best to schedule the committee, 5 very busy individuals, as quickly as possible. I <u>will try to reschedule the team for another time next week.</u> I <u>need you to keep your schedule</u> fairly open to help accommodate this hearing. I will let you know when this will happen.
Donna

✓ May 18 to May 22

At 06:57 PM 5/13/2009, you wrote:

> Donna,
>
> I feel i did not be respected by WVC as a human. You gave me less than 24 hours notice for a hearing, and I have a doctor appointment at 11:30am tomorrow. I can't cancel my doctor appointment for you very short notice hearing by e-mail.
>
> karen
>
> ---
>
> Date: Wed, 13 May 2009 11:01:05 -0700
> To: cmou@hotmail.com
> From: donna_brosamer@westvalley.edu
> Subject: Your appeal to SDHC
> CC: district_police@wvm.edu
>
> Your appeal with the Student Discipline Hearing Committee will be tomorrow, Thursday May 14, 2009, from 11:00a to 12:00n. It will be held in the President's Conference in the President's office.
> *Donna Brosamer*

*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

---

Hotmail® has a new way to see what's up with your friends. Check it out.

*Donna Brosamer*
*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

---

Hotmail® goes with you. Get it on your BlackBerry or iPhone.

Print                                                                                            Close

## RE: Your appeal to SDHC

From: **chin-li mou** (cmou@hotmail.com)
Sent: Thu 5/14/09 5:36 PM
To:   donna_brosamer@westvalley.edu

Donna,

I know you are an expericed assistant; therefore, you know how schedule a meeting works. Communication is both way- not just one way.
This e-mail account is mainly for schedule since all my classes are droppede i don;t check this e-mail account often.

Date: Thu, 14 May 2009 09:08:42 -0700
To: cmou@hotmail.com
From: donna_brosamer@westvalley.edu
Subject: RE: Your appeal to SDHC
CC: ernie_smith@westvalley.edu; district_police@wvm.edu

Karen
I did not receive your letter asking for an appeal until Monday. I did my best to schedule the committee, 5 very busy individuals, as quickly as possible. I will try to reschedule the team for another time next week. I need you to keep your schedule fairly open to help accommodate this hearing. I will let you know when this will happen.
Donna

*[handwritten: May 18 to May 22]*

At 06:57 PM 5/13/2009, you wrote:

> Donna,
>
> I feel i did not be respected by WVC as a human. You gave me less than 24 hours notice for a hearing, and I have a doctor appointment at 11:30am tomorrow. I can't cancel my doctor appointment for you very short notice hearing by e-mail.
>
> karen
>
> Date: Wed, 13 May 2009 11:01:05 -0700
> To: cmou@hotmail.com
> From: donna_brosamer@westvalley.edu
> Subject: Your appeal to SDHC
> CC: district_police@wvm.edu
>
> Your appeal with the Student Discipline Hearing Committee will be tomorrow, Thursday May 14, 2009, from 11:00a to 12:00n. It will be held in the President's Conference in the President's office.
> *Donna Brosamer*
> *Counseling Office Supervisor*

EXHIBIT A

Print

Close

## RE: Your appeal to the Student Discipline Hearing Board

From: **chin-li mou** (cmou@hotmail.com)
Sent: Thu 5/28/09 1:23 AM
To: donna_brosamer@westvalley.edu

(2)

Donna,

Let court decide if WVC's appeal process is proper or not
karen

---

Date: Thu, 21 May 2009 13:49:48 -0700
To: cmou@hotmail.com
From: donna_brosamer@westvalley.edu
Subject: Your appeal to the Student Discipline Hearing Board

(1)

Your appeal with the Student Discipline Hearing Board will be on June 2, 2009 at 1:30pm in Room 7 in counseling.
*Donna Brosamer*
*Counseling Office Supervisor*
*West Valley College*
*(408) 741-2067*
*(408) 741-4076 - Fax*

---

Insert movie times and more without leaving Hotmail®. See how.