Mou v. West Valley College et al — Doc. 47
Case5:09-cv-01910-JF   Document47   Filed08/11/09   Page1 of 2

CHIN-LI(Karen)MOU
4141 Boneso Circle
San Jose, CA 95134

Pro Se

FILED

2009 AUG 11  A 11: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; Dave Fishbaugh, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual.<br><br>　　　　Defendants. | CASE NO. C09-01910<br><br>NOTICE OF MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT<br><br><br>Date: October 2, 2009<br>Time: 9:00AM<br>Dept.: Court Room 3 |

1

Dockets.Justia.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on **October 2, 2009 at 9:00AM in Court Room 3**, the Court will hear Plaintiff's **MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT**.

The motion shall be based on this Notice; the pleadings, papers, and records on file with the Court in this action; and on such oral and documentary evidence as may be presented at the hearing of the Motion.

Dated: August 10, 2009

Respectfully Submitted,

_____
Chin-Li Mou