1   CHIN-LI(Karen)MOU
    4141 Boneso Circle
2   San Jose, CA 95134                                    FILED

3   Pro Se                                            2009 AUG 13  P 3: 25

4

5                                                     RICHARD W. WIEKING
                                                          CLERK
6   ClJF                                              U.S. DISTRICT COURT
                                                      NO. DIST. OF CA. S. J.

7

8                    UNITED STATES FEDERAL COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                         SAN JOSE DIVISION

10

11

12  **CHIN-LI MOU,**                    )   CASE NO. C09-01910
                                        )
13               Plaintiff,             )   **PROOF OF SERVICE**
                                        )
14        vs.                           )
                                        )
15  West Valley College, an individual and a )
    non-profit educational corporation; JOHN )
16  HENDRICKSON, an individual; PHILIP L. )
    HARTLEY, an individual; ERNEST       )
17  SMITH, an individual; Dave Fishbaugh, an )
    individual ;LAURA LORMAN, an         )   **Filed: August 11, 2009**
18  individual; CATHY AIMONETTI, an      )
    individual; FRED PROCHASKA, an       )
19  individual; CHRIS ROLEN, an individual; )
    LINBERO #107, an individual.          )
20                                        )
                 **Defendants.**          )
21                                        )
                                          )
22                                        )
                                          )
23

24

25

26

27

28

                                1

Dockets.Justia.com

**AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am an individual.

On August 11, 2009, I served the within document(s) described as: **MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT, NOTICE OF MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT** on the interested parties: **West Valley College, et al.** in this action by placing the original true copy(ies) in a sealed, stamped envelop and mailed it to Defendants' attorneys, at the following business address:

> John Arthur Shupe
> Shupe & Findelstein
> 177 Bovet Rd, Suite #600
> San Mateo, CA 94402
>
> Eric Kai-Him Shiu - #156167
> Bialson Bergen & Schwab
> 2600 El Camino Real #300
> Palo Alto, CA 94306

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 11, 2009 at Milpitas, CA.

Steven Yang

2