1
2                                                                      **E-Filed 8/17/2009**
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                    SAN JOSE DIVISION
11
12   CHIN-LI MOU,                              Case Number C 09-1910 JF (RS)
13                  Plaintiff,                 ORDER[1] GRANTING PLAINTIFF'S
                                               APPLICATION FOR EXEMPTION
14          v.                                 FROM ELECTRONIC PUBLIC
                                               ACCESS FEES
15   WEST VALLEY COLLEGE, et al.,
16                  Defendants.
17

18          Plaintiff Chin-Li Mou requests an exemption from the fees imposed by the Electronic
19   Public Access fee schedule adopted by the Judicial Conference of the United States Courts. The
20   Court finds that Mou, proceeding *pro se* and *in forma pauperis*, falls within the class of users
21   listed in the fee schedule as being eligible for an exemption. Additionally, she has demonstrated
22   that an exemption is necessary in order for her to avoid unreasonable burdens and to promote
23   public access to information. Accordingly, Mou shall be exempt from the payment of fees for
24   access via PACER to the electronic case files maintained in this Court, to the extent that such use
25   is incurred in the course of litigation in the above-captioned case, No. CV 09-1910-JF. Mou
26   shall not be exempt from the payment of fees incurred in connection with other uses of the
27   _____
28       [1] This disposition is not designated for publication in the official reports.

Case No. C 09-1910 JF (RS)
ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXEMPTION ETC.
(JFLC1)

1 | PACER system. Additionally, the following limitations apply:

2 |     1.    This fee exemption applies only to Mou and is valid only for the purposes stated
3 | above;
4 |     2.    This fee exemption applies only to the electronic case files of this Court that are
5 | available through the PACER system;
6 |     3.    By accepting this exemption, Mou agrees not to sell for profit any data obtained as
7 | a result of receiving this exemption;
8 |     4.    This exemption is valid until September 1, 2011 and may be extended upon
9 | further request.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

IT IS SO ORDERED.

DATED: August 17, 2009

_____
JEREMY FOGEL
United States District Judge

Case No. C 09-1910 JF (RS)
ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXEMPTION ETC.
(JFLC1)

1  This Order has been served upon the following persons:

2  Chin-Li Mou
   4141 Boneso Circle
3  San Jose, CA 95134

4

5  John A. Shupe , Esq    jas@bovetprofessional.com, marcia@bovetprofessional.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Case No. C 09-1910 JF (RS)
ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXEMPTION ETC.
(JFLC1)