John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:    (650) 341-3693
Facsimile:    (650) 341-1395

Attorneys for Defendant West Valley
Community College District (erroneously sued herein
as West Valley College), John Hendrickson, Philip L.
Hartley, Ernest Smith, Dave Fishbaugh, Laura Lorman,
Cathy Aimonetti, Fred Prochaska, Chris Rolen &
Marcus Lindberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN-LI MOU, | Case No: C09-01910 JF |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| WEST VALLEY COLLEGE, an individual and a nonprofit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; DAVE FISHBAUGH, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual, | |
| Defendants. | |

//
//
//
//
//
//
//
//
//

Proof of Service     Case No. C09-01910 JF                                           Page 1

*Mou v. West Valley - Case No: C09-01910 JF*

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing took place and my residence or business address is:

   177 Bovet Road, Suite 600, San Mateo, California 94402-3191

2. I served a copy of the following document(s):

   **Defs' Opp to Ptf's Notice of Motion and Motion for Relief from Judgment**

3. I served a copy of the foregoing documents by mailing them in a sealed envelope with first class postage fully prepaid, to the address stated below, as follows:

   a. [ ]  I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

   b. [ ]  I faxed a copy of the above described document to the following fax number:

   c. [ ]  I had hand-delivered such sealed envelope to the address noted below or left with the receptionist or the person having charge of the attorney's office.

   d. [X]  I served a copy of the foregoing documents by placing them in a sealed envelope via **ON TRAC** service, to the address stated below, as follows:

4. Date of Service: September 11, 2009
5. Place mailed from: 177 Bovet Road, Suite 600, San Mateo, CA 94402
6. Addressed as follows:

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the above date at San Mateo, California.

                                                    _____
                                                    Marcia Scatena

922

Proof of Service       Case No. C09-01910 JF