CHIN-LI (Karen) MOU
4141 Boneso Circle
San Jose, CA 95134

Pro Se

FILED
2009 SEP 21  A 9: 13
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES FEDERAL COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, <br><br> Plaintiff, <br><br> vs. <br><br> West Valley College, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; Dave Fishbaugh, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual. <br><br> Defendants. | CASE NO. C09-01910 <br><br> PROOF OF SERVICE <br><br><br> Filed: September 18, 2009 |

1

# AFFIDAVIT AND DECLARATION OF PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am an individual.

On ~~August 11,~~ Sep 18, 2009, I served the within document(s) described as: **PLAINTIFF's REPLY TO DEFENDANT'S OPPOSITION TO MOTION FOR RELIEF FROM JUDGMENT—FRAUD AND MISCONDUCT** on the interested parties: **West Valley College, et al.** in this action by placing the original true copy(ies) in a sealed, stamped envelop and mailed it to Defendants' attorneys, at the following business address:

John Arthur Shupe
Shupe & Findelstein
177 Bovet Rd, Suite #600
San Mateo, CA 94402

Eric Kai-Him Shiu - #156167
Bialson Bergen & Schwab
2600 El Camino Real #300
Palo Alto, CA 94306

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 18, 2009 at Milpitas, CA.

_Steven Yang_ (signature)
Steven Yang

2