John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone: (650) 341-3693
Facsimile: (650) 341-1395

Attorneys for Defendant West Valley Community
 College District (erroneously sued herein as West
Valley College), John Hendrickson, Philip L. Hartley,
 Ernest Smith, Dave Fishbaugh, Laura Lorman, Cathy
 Aimonetti, Fred Prochaska, Chris Rolen & Marcus Lindberg

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
Telephone:    (408) 954-8085

Plaintiff, Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN-LI MOU, | ) Case No: C09 01910 JF |
| Plaintiff, | ) |
| v. | ) **JOINT CASE MANAGEMENT** |
| | ) **CONFERENCE STATEMENT** |
| WEST VALLEY COLLEGE, an individual and a nonprofit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; DAVE FISHBAUGH, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual, | ) Date:  October 9, 2009 <br> ) Time:  10:30 a.m. <br> ) Dept:  Courtroom 3, 5th Floor <br> ) The Honorable Jeremy Fogel |
| Defendants. | ) |

Defendants prepared this Joint Case Management Conference Statement with the expectation that plaintiff would review it and provide her input so that it could be timely filed as a joint statement. Plaintiff having failed to respond to defendants' request for input, defendants now files this Proposed Joint Statement without plaintiff's concurrence.

//

//

**Joint CMC Statement**   Case No: C09 01910 JF                                                                          Page 1

1. JURISDICTION AND SERVICE

<u>Plaintiff's Statement</u>: Jurisdiction of this court is invoked pursuant to the provisions of 28 U.S.C. section 1343(3), (4), 42 U.S.C. section 1983 (28 U.S.C.A. §§1343(a)(3), 1343(a)(4), 42 U.S.C. §1983, 1985, the First, Eighth, Ninth Amendments to the United States Constitution (Art. I, U.S. Constitution, Art. IX, U.S. Constitution, Art. XIV, U.S. Constitution).

<u>Defendants' Statement</u>: Plaintiff apparently invokes federal question jurisdiction under 28 U.S.C. section 1343(a), to enforce her Constitutional rights under 42 U..S.C. sections 1983 and 1985.

Venue is proper in the Northern District of California.

2. FACTUAL ISSUES:

The following are the primary factual issues in dispute:

a. <u>Plaintiff's Position</u>:

b. <u>Defendants' Position</u>:

(i) Whether plaintiff was asked to leave the restroom so it would be cleaned, and offered the use of an alternative restroom during that interval;

(ii) Whether plaintiff assaulted/battered a campus police officer, and whether she disobeyed the lawful order to leave the restroom;

(iii) Whether defendants had just cause to impose discipline (suspension) upon plaintiff, and whether plaintiff was offered an administrative hearing in connection with student discipline;

(iv) Other factual issues, the contours of which are not yet known.

3. LEGAL ISSUES:

The following are the primary legal issues in dispute:

a. <u>Plaintiff's Statement</u>:

b. <u>Defendants' Statement</u>:

(i) Whether plaintiff's claims under 42 U.S.C. sections 1983 and 1985 are barred by the Eleventh Amendment immunity, or by the fact that as State actors these defendants are not "person" within the meaning of the civil rights laws plaintiff

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

invokes.

    (ii)    To the extent plaintiff sues only for injunctive/declaratory relief, whether any defendant violated a constitutional right of plaintiff, under the First, Fourth or Fourteenth Amendments.

    (iii)    To the extent plaintiff sues individual defendants in their personal capacities, whether the conduct of those defendants violated constitutional rights of plaintiff which were "clearly established" as to the date of alleged misconduct.

    (iv)    Whether any speech plaintiff engaged in was protected speech, under the factual circumstances involved.

    (v)    Whether plaintiff waived her right to an administrative hearing in connection with her student discipline.

    (vi)    Whether adequate cause existed for the discipline imposed.

    (vii)    Other legal issues, the contours of which are not presently known.

4. MOTIONS:

The parties anticipate that the following motions may be filed before trial:

<u>Plaintiff's Statement</u>:

<u>Defendants' Statement</u>: Motion for Summary Judgment.

5. AMENDMENT TO THE PLEADINGS:

Plaintiff's Statement:

Defendants' Statement: Defendants do not anticipate any further amendment to the pleadings.

6. EVIDENCE PRESERVATION:

Plaintiff's Statement:

Defendants' Statement: Defendants have agreed to make reasonable efforts to preserve evidence.

7. DISCLOSURES:

The parties will provide Rule 26 initial disclosures by the required date.

//

**Joint CMC Statement    Case No: C09 01910 JF**    Page 3

**Shupe and Finkelstein**
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

1  8.  DISCOVERY, AND LIMITATIONS THEREON:

2  No discovery has yet commenced.

3  Plaintiff's Statement:

4  Defendants' Statement: Defendants anticipate propounding interrogatories, requests for

5  production of documents and requests for admissions. Defendants also anticipate a reasonable

6  number of depositions.

7  CLASS ACTIONS:

8  This is not a class action suit.

9  10. RELATED CASES:

10  There are no related cases.

11  11. RELIEF:

12  a.  Plaintiff's Statement:

13  (i)  Declaratory relief;

14  (ii)  Injunctive relief, judgment and costs.

15  b.  Defendants' Statement:

16  (i)  Judgement for defendants and costs.

17  12. SETTLEMENT AND ADR:

18  a.  Plaintiff's Statement:

19  b.  Defendants' Statement: Defendants are amenable to Court ADR process.

20  13. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES:

21  a.  Plaintiff's Statement:

22  b.  Defendants' Statement: Defendants do not consent.

23  14. OTHER REFERENCES:

24  No other reference would be appropriate in this case.

25  15. NARROWING OF ISSUES:

26  A narrowing of issues does seem appropriate.

27  16. EXPEDITED SCHEDULE:

28  Plaintiff's Statement:

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

1  Defendants' Statement: Defendants do not believe an expedited schedule is necessary in this
2 case.
3  17. SCHEDULING:
4      PROPOSED SCHEDULING:
5      a.   Non-Expert Discovery Deadline: February 10, 2010
6      b.   Expert Disclosures Deadline: March 5, 2010.
7      c.   Expert Discovery Cutoff: March 30, 2010
8      d.   Dispositive Motion Filing Deadline: April 15, 2010
9      e.   Joint Pretrial Statement: June 10, 2010
10     f.   Pretrial Conference: July 5, 2010
11     g.   Jury Trial: August 16, 2010
12 18.  TRIAL:
13     Plaintiff's Statement:
14     Defendants' Statement: Defendants do not demand a jury trial unless there are damages
15 claims, in which case they do demand a jury.
16 19.  DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS:
17     Plaintiff's Statement:
18     Defendants' Statement: None known of at this time.
19 20   OTHER MATTERS:
20     None known.
21 Dated: October 2, 2009                    SHUPE AND FINKELSTEIN

23                                          By_____/s/_____
                                             John A. Shupe, Attorneys for Defendant

25 Dated: _____                   _____
                                             Chin Li Mou, Pro Se

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693

*Mou v. West Valley - Case No: C09-01910 JF*

**PROOF OF SERVICE**

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing took place and my residence or business address is:

177 Bovet Road, Suite 600, San Mateo, California  94402-3191

2. I served a copy of the following document(s):

**Joint Case Management Statement**

3. I served a copy of the foregoing documents by mailing them in a sealed envelope with first class postage fully prepaid,to the address stated below, as follows:

    a. [ X ]  I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

    b. [   ]  I faxed a copy of the above described document to the following fax number:

    c. [   ]  I had hand-delivered such sealed envelope to the address noted below or left with the receptionist or the person having charge of the attorney's office.

    d. [   ]  I served a copy of the foregoing documents by placing them in a sealed envelope via **ON TRAC** service, to the address stated below, as follows:

4. Date of Service:   October 2, 2009
5. Place mailed from:  177 Bovet Road, Suite 600, San Mateo, CA 94402
6. Addressed as follows:

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the above date at San Mateo, California.

                                             Marcia Scatena

922

**Shupe and Finkelstein**
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693