# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 9, 2009      Time: 3 mins
**Case Number:** CV-09-1910-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

**TITLE:**        **CHIN-LI MOU   V.  WEST VALLEY COLLEGE,  ET AL**

**PLAINTIFF**                                **DEFENDANT**

**Attorneys Present: Chin-Li Mou, pro se**            **Attorneys Present: John Shupe**

PROCEEDINGS:

    Case management conference held. Parties are present. Continued to 11/20/09 at 10:30 a.m. for further case management conference. The parties are referred to Magistrate Judge Seeborg for settlement conference.