ALTERNATIVE DISPUTE RESOLUTION PROGRAM
## UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-2032
sheila_devereaux@cand.uscourts.gov

## ADR Phone Conference Scheduling Notice

October 28, 2009

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134
408-954-8085

John A. Shupe, Esq.
Shupe & Finkelstein
177 Bovet Road, Suite 600
San Mateo, Ca 94402
(650) 341-3693

RE:          Mou v. West Valley College, et al.
             C 09-1910 RS  ASCP

Dear Ms. Mou and Mr. Shupe:

        The ADR Program would like to schedule a phone conference call with you to discuss the status of this case's referral to the court's Assisted Settlement Conference program.  I have scheduled the ADR Phone Conference call in this case for **Tuesday, November 3, 2009 at 3:30 p.m.**  The conference will be conducted by one of the ADR Program's legal staff, whose biographies appear on the following page.  If we do not hear otherwise we will assume you are available and <u>we will place the call to the numbers listed above</u>.  For reference, the ADR Conference Line is (415) 522-4603.  **Please let me know if I do not have the correct phone number listed for you.**

        Please contact me immediately with any scheduling concerns at (415) 522-2032, or email sheila_devereaux@cand.uscourts.gov.  Thank you for your attention to this matter.

                        Best regards,

                        Sheila Devereaux
                        ADR Program Administrative Assistant

450 GOLDEN GATE AVENUE ▪ SAN FRANCISCO, CA 94102 ▪ Tel: (415) 522-2199 ▪ Fax: (415) 522-4112
www.adr.cand.uscourts.gov

Dockets.Justia.com

# BIOGRAPHIES OF ADR PROGRAM LEGAL STAFF

**Director, ADR Program          Howard A. Herman**

Howard A. Herman has been with the Northern District since February 1997.  Mr. Herman previously served as Director of ADR Programs for Contra Costa County Superior Court.  He also spent four years as a settlement conference attorney for the United States Court of Appeals for the Ninth Circuit, ultimately serving as the co-director of that court's settlement conference program.  Mr. Herman has practiced as a civil litigator with the firms of Graham & James and Kindel & Anderson in San Francisco.  He is a 1983 graduate of Hastings College of the Law and a 1979 graduate, with high honors, of the University of California at Berkeley.  Mr. Herman currently teaches negotiation and mediation at Hastings College of the Law.  He has experience as a mediator, mediation trainer, and early neutral evaluator.

**ADR Program Staff Attorney     Robin W. Siefkin**

Robin W. Siefkin has been with the Northern District since January 2002.  From 1997 to 2001, she was the Director of ADR Programs for Contra Costa Superior Court. She previously served as a Supervising Mediator with the Santa Barbara Community Mediation Program and as Attorney/Coordinator of the Santa Barbara Legal Aid Foundation Domestic Violence Restraining Order Clinic.  Ms. Siefkin has practiced as a civil litigator and as a transactional attorney with the firms of Gordon & Rees and Horning, Janin & Harvey.  She is a 1985 graduate of Hastings College of the Law and a 1978 graduate of the University of California at Davis.

**ADR Program Staff Attorney     G. Daniel Bowling**

Daniel Bowling joined the ADR Program as Staff Attorney in March 2006 and has been mediating since 1986.  He teaches advanced mediation in the LL.M. Program at Osgoode Hall School of Law, York University, Toronto and has taught basic and advanced negotiation at Hastings College of Law and at Howard Law School.  He is a co-editor and co-author of *Bringing Peace into the Room: The Personal Qualities of the Mediator and their Impact on Conflict Resolution* (Jossey-Bass, 2003), and co-author of Chapter 6, "The Mediation Process" in *A Litigator's Guide to Effective Use of ADR in California* (Cal CEB, 2005).  He co-founded the first mediation organization in South Carolina, the Low Country Mediation Network.  As Executive Director of SPIDER, he managed the merger among SPIDERS, IS, and the Conflict Resolution Education Network, and served as the first CEO of ADR.  He practiced law and was Public Defender in A Charleston, SC and was on the founding faculty of Antioch School of Law.  He graduated from Harvard Law School and has practiced yoga and meditation for almost thirty years.