1  John A. Shupe, Esq., SBN: 87716
   Eric K. Shiu, Esq., SBN: 156167
2  SHUPE AND FINKELSTEIN
   177 Bovet Road, Suite 600
3  San Mateo, CA  94402
   Telephone: (650) 341-3693
4  Facsimile: (650) 341-1395

5  Attorneys for Defendant West Valley
   Community College District (erroneously sued herein
6  as West Valley College), John Hendrickson, Philip L.
   Hartley, Ernest Smith, Dave Fishbaugh, Laura Lorman,
7  Cathy Aimonetti, Fred Prochaska, Chris Rolen &
   Marcus Lindberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHIN-LI MOU, | ) Case No: C09-01910 JF |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| WEST VALLEY COLLEGE, an individual and a nonprofit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; DAVE FISHBAUGH, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual, | |
| Defendants. | |

The Parties hereby stipulate as follows:

**RECITALS**

WHEREAS, on October 9, 2009, a Case Management Conference came on regularly for hearing in Courtroom 3, Fifth Floor, of the above-entitled Court, the Hon. Jeremy Fogel presiding.

WHEREAS, at the Case Management Conference, the parties were ordered to a settlement conference with Magistrate Judge Richard Seeborg and a further Case Management Conference was scheduled for November 20, 2009;

WHEREAS, a Settlement Conference with Magistrate Judge Richard Seeborg is currently scheduled for December 21, 2009;

Stipulation to Continue CMC        Case No. C09-01910 JF                                    Page 1

Dockets.Justia.com

WHEREAS, the Parties desire to continue the November 20, 2009 Case Management Conference until a date after their Settlement Conference with Magistrate Judge Richard Seeborg;

WHEREFORE the Parties agree as follows:

## AGREEMENT

1) The Case Management Conference scheduled for November 20, 2009, shall be continued to a date on or after the Parties' Settlement Conference with Magistrate Judge Richard Seeborg, and in any event on or after January 15, 2010.

2) The Parties shall file a Joint Case Management Conference Statement not less than ten (10) days of the rescheduled Case Management Conference.

Dated: November ___, 2009         **CHIN-LI MOU**

By _____
Chin-Li Mou, in pro per

Dated: November 9, 2009           **SHUPE AND FINKELSTEIN**

By _____
Eric K. Shiu, Attorneys for Defendants

## ORDER

Having considered the Stipulation of the Parties, and GOOD CAUSE appearing therefore;

IT IS HEREBY ORDERED as follows:

1) The Case Management Conference scheduled for November 20, 2009, shall be continued to ___ a.m. on _____, 2010.

2) The Parties shall file a Joint Case Management Conference Statement on or before _____, 2010.

Date:

Hon. Jeremy Fogel

**Stipulation to Continue CMC**     Case No. C09-01910 JF     Page 2

*Mou v. West Valley - Case No: C09-01910 JF*

## PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing took place and my residence or business address is:

   177 Bovet Road, Suite 600, San Mateo, California 94402-3191

2. I served a copy of the following document(s):

   **Stipulation to Continue Case Management Conference**

3. I served a copy of the foregoing documents by mailing them in a sealed envelope with first class postage fully prepaid, to the address stated below, as follows:

   a. [ X ]  I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

   b. [   ]  I faxed a copy of the above described document to the following fax number:

   c. [   ]  I had hand-delivered such sealed envelope to the address noted below or left with the receptionist or the person having charge of the attorney's office.

   d. [   ]  I served a copy of the foregoing documents by placing them in a sealed envelope via **ON TRAC** service, to the address stated below, as follows:

4. Date of Service: November 10, 2009
5. Place mailed from: 177 Bovet Road, Suite 600, San Mateo, CA 94402
6. Addressed as follows:

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the above date at San Mateo, California.

Marcia Scatena

922