**United States District Court**
For the Northern District of California

**\*E-Filed 11/12/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHIN-LI MOU, | No. C 09-01910 JF (RS) |
| Plaintiff, | **ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM** |
| v. | |
| WEST VALLEY COLLEGE, an individual and a non-profit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; LAURA LORMAN, an individual; CHRIS ROLEN, an individual; and LINBERO #107, an individual, | |
| Defendants. | |

An unrepresented party in this case has applied to participate in the court's pilot Assisted Settlement Conference Program. Based on the Court's review of the unrepresented party's Declaration in Support of Application for Assignment to the Assisted Settlement Conference Program, the record in this case, and the unrepresented party's acknowledgment of the limited representation to be provided by Settlement Counsel,

1

No. C 09-01910 JF (RS)
ORDER

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program and a settlement conference shall take place in accordance with the Alternative Dispute Resolution Local Rules of this court;

2. That Settlement Counsel shall be appointed for the limited purpose of representing the unrepresented party in the preparation for a settlement conference in this case; and

3. The Settlement Conference is currently scheduled for **December 21, 2009**.

IT IS SO ORDERED.

Dated: 11/12/09

RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

John A. Shupe , Esq.              jas@bovetprofessional.com

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134


DATED:   11/12/09

                                              /s/ Chambers Staff
                                              Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California