1  John A. Shupe, Esq., SBN: 87716
   Eric K. Shiu, Esq., SBN: 156167
2  SHUPE AND FINKELSTEIN                    **E-Filed 11/17/2009**
   177 Bovet Road, Suite 600
3  San Mateo, CA 94402
   Telephone: (650) 341-3693
4  Facsimile: (650) 341-1395

5  Attorneys for Defendant West Valley
   Community College District (erroneously sued herein
6  as West Valley College), John Hendrickson, Philip L.
   Hartley, Ernest Smith, Dave Fishbaugh, Laura Lorman,
7  Cathy Aimonetti, Fred Prochaska, Chris Rolen &
   Marcus Lindberg
8                          UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA

10  CHIN-LI MOU,                          ) Case No: C09-01910 JF
                                          )
11          Plaintiff,                    ) **STIPULATION TO CONTINUE CASE**
                                          ) **MANAGEMENT CONFERENCE AND**
12      v.                                ) **ORDER**
                                          )
13  WEST VALLEY COLLEGE, an individual and)
    a nonprofit educational corporation; JOHN )
14  HENDRICKSON, an individual; PHILIP L. )
    HARTLEY, an individual; ERNEST SMITH, an )
15  individual; DAVE FISHBAUGH, an individual; )
    LAURA LORMAN, an individual; CATHY   )
16  AIMONETTI, an individual; FRED       )
    PROCHASKA, an individual; CHRIS ROLEN, )
17  an individual; LINBERO #107, an individual, )
                                          )
18          Defendants.                   )
                                          )
19

20      The Parties hereby stipulate as follows:

21                              **RECITALS**

22      WHEREAS, on October 9, 2009, a Case Management Conference came on regularly for hearing

23  in Courtroom 3, Fifth Floor, of the above-entitled Court, the Hon. Jeremy Fogel presiding.

24      WHEREAS, at the Case Management Conference, the parties were ordered to a settlement

25  conference with Magistrate Judge Richard Seeborg and a further Case Management Conference was

26  scheduled for November 20, 2009;

27      WHEREAS, a Settlement Conference with Magistrate Judge Richard Seeborg is currently

28  scheduled for December 21, 2009;

Stipulation to Continue CMC        Case No. C09-01910 JF                    Page 1

Dockets.Justia.com

1  WHEREAS, the Parties desire to continue the November 20, 2009 Case Management Conference
2  until a date after their Settlement Conference with Magistrate Judge Richard Seeborg;
3  WHEREFORE the Parties agree as follows:

### AGREEMENT

1) The Case Management Conference scheduled for November 20, 2009, shall be continued to a date on or after the Parties' Settlement Conference with Magistrate Judge Richard Seeborg, and in any event on or after January 15, 2010.

2) The Parties shall file a Joint Case Management Conference Statement not less than ten (10) days of the rescheduled Case Management Conference.

Dated: November ___, 2009       **CHIN-LI MOU**

By _____
Chin-Li Mou, in pro per

Dated: November 9, 2009       **SHUPE AND FINKELSTEIN**

By _____
Eric K. Shiu, Attorneys for Defendants

### ORDER

Having considered the Stipulation of the Parties, and GOOD CAUSE appearing therefore;

IT IS HEREBY ORDERED as follows:

1) The Case Management Conference scheduled for November 20, 2009, shall be continued to 10:30 a.m. on February 12, 2010.

2) The Parties shall file a Joint Case Management Conference Statement on or before February 5, 2010.

Date: 11/17/2009

_____
Hon. Jeremy Fogel

Stipulation to Continue CMC     Case No. C09-01910 JF     Page 2

*Mou v. West Valley - Case No: C09-01910 JF*

## PROOF OF SERVICE

1. I am over the age of 18 and not a party to this cause. I am a resident of or employed in the county where the mailing took place and my residence or business address is:

    177 Bovet Road, Suite 600, San Mateo, California 94402-3191

2. I served a copy of the following document(s):

    **Stipulation to Continue Case Management Conference**

3. I served a copy of the foregoing documents by mailing them in a sealed envelope with first class postage fully prepaid, to the address stated below, as follows:

    a. [ X ]  I placed the envelope for collection and processing for mailing following this business's ordinary practice with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

    b. [   ]  I faxed a copy of the above described document to the following fax number:

    c. [   ]  I had hand-delivered such sealed envelope to the address noted below or left with the receptionist or the person having charge of the attorney's office.

    d. [   ]  I served a copy of the foregoing documents by placing them in a sealed envelope via **ON TRAC** service, to the address stated below, as follows:

4. Date of Service: November 10, 2009
5. Place mailed from: 177 Bovet Road, Suite 600, San Mateo, CA 94402
6. Addressed as follows:

Chin-Li Mou
4141 Boneso Circle
San Jose, CA 95134

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on the above date at San Mateo, California.

*(signed)* Marcia Scatena

Marcia Scatena

922

Shupe and Finkelstein
177 Bovet Road, Suite 600
San Mateo, CA 94402
(650) 341-3693