UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:  2 hrs

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR: __NOT REPORTED__          DATE: __12/21/09__
COURTROOM DEPUTY: __MARTHA PARKER BROWN__
                                            CASE #: __C 09-01910JF__

CASE TITLE: _____MOU_____ VS. __WEST VALLEY COLLEGE, ET AL_____

**Appearances for Plaintiff(s)**              **Appearances for Defendant(s)**

__PRO SE__                                    __JOHN A. SHUPE__


**TODAY'S PROCEEDINGS**

{X}SETTLEMENT CONF.   { } PRETRIAL CONF.        { } MOTIONS LISTED BELOW:

Pltf.   Deft.   Cross Mot.
{ }     { }     { }     1._____
{ }     { }     { }     2._____
{ }     { }     { }     3._____
{ }     { }     { }     4._____

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED      [ ] NOT SETTLED   [ X ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED          [   ] DENIED          [   ] SUBMITTED          [   ] DENIED/GRANTED in part


***[  ] BRIEFS TO BE FILED AS FOLLOWS:***

{  } Cont'd to _____ @ _____ For _____


**ORDER TO BE PREPARED BY:**     [ ]PLTF;     [ ]DEFT;     [ ]COURT
Additional Comments:_____