|  |  |
|---|---|
| 1 | John A. Shupe, Esq., SBN: 87716 |
| 2 | Eric K. Shiu, Esq., SBN: 156167<br>SHUPE AND FINKELSTEIN<br>177 Bovet Road, Suite 600 |
| 3 | San Mateo, CA 94402<br>Telephone: (650) 341-3693 |
| 4 | Facsimile: (650) 341-1395 |
| 5 | Attorneys for Defendant West Valley |
| 6 | Community College District (erroneously sued herein as West Valley College), John Hendrickson, Philip L. |
| 7 | Hartley, Ernest Smith, Dave Fishbaugh, Laura Lorman, Cathy Aimonetti, Fred Prochaska, Chris Rolen & |
|   | Marcus Lindberg |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHIN-LI MOU, | ) Case No: C09-01910 JF |
|---|---|
| Plaintiff, | ) **STIPULATED ORDER DISMISSING**<br>) **ACTION WITH PREJUDICE** |
| v. | ) [Rule 41(a)(2), F.R.Civ.P.] |
| WEST VALLEY COLLEGE, an individual and a nonprofit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; DAVE FISHBAUGH, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual, | ) |
| Defendants. | ) |

The parties, having reached a written settlement requiring a dismissal, with prejudice, of the action, do now stipulate and agree that pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the Court shall enter its Order dismissing this entire action, with prejudice.

Dated: January 19, 2010

Chin-Li Mou, Plaintiff

By:_____
Chin-Li Mou, in pro per

Case No. C09-01910 JF                                Page 1

Dockets.Justia.com

Dated: January 19, 2010

SHUPE AND FINKELSTEIN

By: /s/ John A. Shupe
John A. Shupe, Attorneys for Defendants

## ORDER ON STIPULATION

The Court, having reviewed the foregoing stipulation, and finding good cause, does now order that this entire action is HEREBY DISMISSED, WITH PREJUDICE.

Dated: _____

By: _____
Judge, United States District Court