John A. Shupe, Esq., SBN: 87716
Eric K. Shiu, Esq., SBN: 156167
SHUPE AND FINKELSTEIN
177 Bovet Road, Suite 600
San Mateo, CA 94402
Telephone:    (650) 341-3693
Facsimile:    (650) 341-1395

Attorneys for Defendant West Valley Community College District (erroneously sued herein as West Valley College), John Hendrickson, Philip L. Hartley, Ernest Smith, Dave Fishbaugh, Laura Lorman, Cathy Aimonetti, Fred Prochaska, Chris Rolen & Marcus Lindberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIN-LI MOU,<br><br>    Plaintiff,<br><br>v.<br><br>WEST VALLEY COLLEGE, an individual and a nonprofit educational corporation; JOHN HENDRICKSON, an individual; PHILIP L. HARTLEY, an individual; ERNEST SMITH, an individual; DAVE FISHBAUGH, an individual; LAURA LORMAN, an individual; CATHY AIMONETTI, an individual; FRED PROCHASKA, an individual; CHRIS ROLEN, an individual; LINBERO #107, an individual,<br><br>    Defendants. | Case No: C09-01910 JF<br><br>**STIPULATED ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[Rule 41(a)(2), F.R.Civ.P.] |

The parties, having reached a written settlement requiring a dismissal, with prejudice, of the action, do now stipulate and agree that pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, the Court shall enter its Order dismissing this entire action, with prejudice.

Dated: January 19, 2010

Chin-Li Mou, Plaintiff

By:_____
Chin-Li Mou, in pro per

/
/

Case No. C09-01910 JF

Page 1

|   |   |
|---|---|
| Dated: January 19, 2010 | SHUPE AND FINKELSTEIN |
|  | By: _____ |
|  | John A. Shupe, Attorneys for Defendants |

## ORDER ON STIPULATION

The Court, having reviewed the foregoing stipulation, and finding good cause, does now order that this entire action is HEREBY DISMISSED, WITH PREJUDICE.

Dated: 1/22/10         By: _____
                         Judge, United States District Court